#### 20229.  HARVEY *v.* UNITED PURCHASING COMPANY.

BROYLES, C. J.  This is a companion case to *Etheredge v. Wilson*, ante, 432, and the decision in that case is controlling in this case. It follows that the judge of the superior court erred in refusing to sanction the petition for certiorari.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., disqualified.*

DECIDED MARCH 5, 1930.

*E. F. Goodrum,* for plaintiff in error.
*L. U. Bloodworth,* contra.